IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

GREGORY MACK,

       Appellant,

v.

       Case No.  5D22-1363
       LT Case No. 2018-CF-9358-A-O

STATE OF FLORIDA,

       Appellee.

_____/

Decision filed July 26, 2022

3.850 Appeal from the Circuit Court
for Orange County,
Mark S. Blechman, Judge.

Gregory Mack, Lowell, pro se.

No Appearance for Appellee.


PER CURIAM.

     AFFIRMED.


TRAVER, NARDELLA and WOZNIAK, JJ., concur.